IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 11 2005

GREGORY C. LANGHAM
CLERK

Civil Action No. 04-cv-01773-ZLW

CLOVIS CARL GREEN, JR.,

    Plaintiff,

v.

MR. GARY GOLDER,
MAJOR MS. MARY COX,
CAPTAIN MR. NAEGLEY,
LIEUTENANT MR. WEEDER, and
JOE ORTIZ,

    Defendants.

## MINUTE ORDER

### ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

On October 7, 2004, the Court dismissed the complaint and the instant action without prejudice for Plaintiff Clovis Carl Green's failure to exhaust the Colorado Department of Corrections' three-step administrative grievance procedure as to each of his claims. On May 6, 2005, the United States Court of Appeals for the Tenth Circuit dismissed the appeal in this action for lack of prosecution. Therefore, the motions filed on June 21, 2005, titled "Motion for Court Order to Grant Relief from Judgment Pursuant to Rule 60 of the Federal Rules of Civil Procedure, and Motion for Special Court Permission to File an Amended 1983 Civil Rights Complaint Against Additional Defendants and With Additional U.S. Constitution [sic] Claims and Arguments of Law" are DENIED as moot. This case is closed. The clerk of the Court is directed to strike any further filings submitted by Mr. Green in this action.

Dated: July 11, 2005

Copies of this Minute Order mailed on July 11, 2005, to the following:

Clovis Carl Green, Jr.
Reg. No. 69277
CTCF – CH 1
PO Box 1010
Canon City, CO 81215- 1010

                          Secretary/Deputy Clerk